IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIE A. BROOKS, JR.,**        )<br>                                   )<br>    Petitioner,                   )<br>                                   )<br>    v.                             )<br>                                   )<br>                                   )<br>**ALABAMA BOARD OF PARDONS**       )<br>**AND PAROLES, et al.,**           )<br>                                   )<br>    Respondents.                   ) | CIVIL ACTION NO.<br>2:16cv891-MHT<br>(WO) |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit challenging the legality and constitutionality of the Alabama Board of Pardons and Paroles' setting of his initial parole consideration date.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation


adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of May, 2019.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**